UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alireza SALEMI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 25-cv-2934-AGS-MSB<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2)** |

　　　Plaintiff Alireza Salemi, proceeding without an attorney, seeks to waive the filing fee for his lawsuit against the City of Carlsbad and other government entities. But he has not justified waiving that fee, so his motion is denied with leave to refile.

　　　Parties instituting a civil action in a federal district court must typically pay filing fees of $405. 28 U.S.C. § 1914(a) ($350 filing fee); District Court Misc. Fee Schedule, § 14 (effective Dec. 1, 2023) ($55 administrative fee). But if granted the right to proceed *in forma pauperis* ("IFP"), a plaintiff can proceed without prepaying those fees. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

　　　Though only half of the IFP application is on the record (*see generally* ECF 2), based on the available information plaintiff would not qualify for IFP status. His application indicates that he has a "monthly income" of "$8,000" and his "spouse" has a "monthly income" of "$3,000." (*Id*. at 1). Plaintiff also claims assets, including a "home" valued at "1,700,000" and an "$8,000" "motor vehicle." (*Id*. at 2.) Though plaintiff's "monthly expenses" of at least "$12,638" exceed his $11,000 "household income," he has not sufficiently explained why his listed "assets" would be unavailable. (*Id*. at 3, 1.) Plaintiff merely asserts that "[p]ayment of [$405] would require cutting food or medical care." (*Id*. at 3.)

　　　Even though plaintiff "need not be completely destitute to proceed IFP," *see Blount v. Saul*, No. 21-cv-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021), a court may deny IFP when applicants are "unable, or unwilling, to verify their poverty,"

*United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). The motion to proceed *in forma pauperis* is denied, but, given Salemi's unrepresented status, the Court grants him leave to file an updated IFP petition.

Thus, the Court orders as follows:

1. Plaintiff's motion to proceed *in forma pauperis* is **DENIED**.
2. By **January 16, 2026**, plaintiff must pay the full filing fee or file any updated IFP petition. Failure to do so will result in a final dismissal.

Dated:  December 10, 2025

_____
Hon. Andrew G. Schopler
United States District Judge