DAMON M. BROWN, County Counsel (SBN 242265)
By: DAVID M. STOTLAND, Supervising Deputy (SBN 206514)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4873; Fax: (619) 531-6005
E-mail: David.Stotland@sdcounty.ca.gov

Attorneys for San Diego County District Attorney's Office

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

ALIREZA SALEMI,

Plaintiff,

v.

CITY OF CARLSBAD; CARLSBAD POLICE DEPARTMENT; SAN DIEGO COUNTY DISTRICT ATTORNEY'S OFFICE; ENCINITAS UNION SCHOOL DISTRICT; JOHN DOES 1-10; unknown individuals, including law enforcement officers, school district employees, or agents in concert with Defendants; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; HOMELAND SECURITY (HSI), SAN DIEGO FIELD OFFICE; SAN DIEGO LAW ENFORCEMENT COORDINATION CENTER; CITY OF SAN DIEGO OF EMERGENCY SERVICES.

Defendant.

No. 25cv2934-AGS-MSB

**DEFENDANT SAN DIEGO COUNTY DISTRICT ATTORNEY'S OFFICE MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**[Fed. R. Civ.P. 8 and 13; 12(b)(6)]**

Date: April 15, 2026
Time: 2:00 p.m.
Dept.: 5C
Judge: Hon. Andrew G. Schopler
Magistrate: Hon. Michael S. Berg

PLEASE TAKE NOTICE that on April 15, 2026 at 2:00 p.m. in Courtroom 5C of the Honorable Andrew G. Schopler, United States District Court Judge, located in the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Defendant San Diego County District Attorney's Office will move and hereby

does move to dismiss Plaintiff's Complaint, pursuant to Federal Rules of Civil Procedure, rule 8 and 12(b)(6),on grounds that the Complaint fails to state a claim against Defendant upon which relief can be granted.

The motion will be based upon this notice, the accompanying memorandum of points and authorities, and upon all papers and pleadings on file in this action.

DATED: January 28, 2026 DAMON M. BROWN, County Counsel

By s/ *David M. Stotland*
DAVID M. STOTLAND, Supervising Deputy
Attorneys for San Diego County District Attorney's Office
E-mail: David.Stotland@sdcounty.ca.gov