UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Alireza SALEMI,

Plaintiff,

v.

CITY OF CARLSBAD, et al.,

Defendants.

Case No.: 25-cv-2934-AGS-MSB

**ORDER DENYING MOTION FOR APPOINTED COUNSEL (ECF 67)**

Self-represented plaintiff Alireza Salemi seeks "appointment of pro bono counsel." (ECF 67, at 1.) "Generally, a person has no right to counsel in civil actions." *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Yet "a court may under 'exceptional circumstances' appoint counsel for *indigent* civil litigants pursuant to 28 U.S.C. § 1915(e)(1)." *Id.* at 970 (emphasis added and citation omitted).

But as this Court has already found, Salemi has not demonstrated indigency. (*See* ECF 4 (denying IFP status because plaintiff "has a "monthly income of $8,000 and . . . assets[] including a home valued at [$]1,700,000 and an $8,000 motor vehicle" (cleaned up)); *see also* ECF 7 (denying reconsideration of IFP status because his second "motion indicate[d] that he has a monthly income of approximately $11,000 [and] assets[] including an investment account with $606,000 and home equity valued at 1,700,000" (cleaned up)).)

Accordingly, Plaintiff does not qualify for appointment of counsel under 28 U.S.C. § 1915(e)(1). His motion is **DENIED**.

Dated: August 10, 2026

Hon. Andrew G. Schopler
United States District Judge